No. 262. THE PEOPLE *v.* SÁNCHEZ.—Appeal from the District Court of Ponce. Decided October 20, 1910. Judgment affirmed. *Mr. J. F. Fernández* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 618. FOSSAS *v.* THE PORTO RICO POWER AND LIGHT CO.— Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 24, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. José L. Pesquera* for petitioner. *Mr. Henry F. Hord* for respondent.

---

No. 619. THE PORTO RICO POWER AND LIGHT CO. *v.* FOSSAS.— Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 24, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. José L. Pesquera* for petitioner. *Mr. Henry F. Hord* for respondent.

---

No. 613. CUEVAS *v.* FREYRE.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided November 7, 1910. Motion denied. The petitioner appeared in his own behalf. *Mr. José Benet* for respondent.

---

No. 628. FREYRE *v.* RIVERA.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided November 7, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. The petitioner appears in his own behalf. *Mr. José Benet* for respondent.